07-10340

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

RICKEY W. JEANS AND
VIVIAN BEASLEY JEANS                                                    PLAINTIFFS

V.                                                CIVIL ACTION NO. 3:07CV593-HTW-LRA

J. LARRY KENNEDY, ET AL                                                 DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs/Counter-Defendants Rickey W. Jeans and Vivian Beasley Jeans, and Defendant/Counter Claimant DLH Investments, Inc., and represent to the Court that the parties desire to dismiss their claims against each other with prejudice for the reason that said cause of action has been compromised and settled to the satisfaction of both parties.

**IT IS THEREFORE ORDERED** that the claims in the above matter against each party are dismissed with prejudice, with each party to bear their or its own costs.

This the 20th day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

_____
MILNER & NIXON, PLLC
Attorneys for Plaintiffs
Steven Price Nixon, MSB #101663
Sean A. Milner, MSB #9647
102 E. Leake Street
Post Office Box 2256
Clinton, Mississippi  39060-2256
Telephone:    601-925-4700
Facsimile:    601-925-4728


Agreed to by:

_____
Derek L. Hall, MSB# _10194_
Attorney at Law
1764 Lelia Drive
Jackson, MS 39216
Telephone: 601-981-4450